# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Juscinta Marie Parshall, ) <br> ) <br> Defendant. ) | **ORDER GRANTING MOTION TO UNDERGO CHEMICAL DEPENDENCY EVALUATION** <br><br> Case No. 1:21-cr-115 |

Defendant is in Marshals Service custody. She is being housed at the Ward County Jail. On September 1, 2021, she filed a motion seeking to complete a substance abuse evaluation via telehealth, phone, or in person according to Ward County's policy.

The court **GRANTS** defendant's motion (Doc. No. 22). Defendant may undergo an evaluation upon making arrangements with a suitable entity.

**IT IS SO ORDERED.**

Dated this 7th day of September, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court